# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re:  **Joseph Gracz** ) | Case No. 13-47481-659 |
| ) | |
| DEBTORS ) | Chapter 13 |
| ) | Re: Doc #29 |
| ) | |
| ) | **Certification and Order Re:** |
| ) | **Objection to Claim #13** |
| ) | **Check N Go** |
| ) | |
| ) | **Account No.: 3405** |

## CERTIFICATION

The undersigned certifies that all entities entitled to notice of JOSEPH GRACZ's Objection to Claim in accordance with Local Bankruptcy Rules have been served with the foregoing Objection and Notice and the time for response has passed.

   _X_   No responses in opposition have been filed or any responses in opposition have been resolved as set forth below.

   _____   A response in opposition to the objection has been filed and the Objection is resolved as set forth in the Order below.

Debtors request the Court enter the proposed order.

       _/s/ Timothy P. Powderly_
Timothy P. Powderly, #64092MO
11965 St. Charles Rock Rd., Suite 202
St. Louis, MO  63044
Tel: 314-770-9890/Fax: 314-739-1355
Tim@Powderlylaw.com
ATTORNEY FOR DEBTOR

## ORDER

Upon Debtor's Objection to Claim #13 filed by Check N Go for good cause shown:

**IT IS ORDERED** that Debtor's Objection is:
   _X_  Sustained.     _____  Denied as Settled  _____    Overruled

**IT IS FURTHER ORDERED** that the Claim #13 is:
   _X_  Denied. Any future amendments to this claim shall not be paid as Creditor failed to timely file a response to this objection and the claims bar date has now passed.

            _Kathy A. Surratt-States_
            KATHY A. SURRATT-STATES
            Chief Unites States Bankruptcy Judge

DATED:  January 27, 2014
St. Louis, Missouri
rjb

Prepared by:

Timothy P. Powderly
Attorney for Debtor
11965 St. Charles Rock Rd., Suite 202
St. Louis, Missouri 63044

Copy mailed to:

John V. LaBarge                                    Office of the United States Trustee
Chapter 13 Trustee                                           Region 13
P.O. Box 430908                                  Thomas Eagleton Federal Building
St. Louis, MO 63143                                        111 South 10th St.
(314) 781-8100                                             St. Louis, MO 63102

Timothy P. Powderly
Attorney for Debtor
11965 St. Charles Rock Rd.
St. Louis, MO 63044

Check N Go
PO BOX 248838
Oklahoma City, OK 73124-8838